ERISA LAW GROUP, LLP
THORNTON DAVIDSON, CAL. BAR NO. 166487
6485 N. Palm Avenue, Suite 105
Fresno, California  93704
Tel: (559) 478-4119
Fax: (559) 478-5939
email:  thornton@erisalg.com

LAW OFFICE OF CARL M. VARADY
CARL M. VARADY, NO. 4873-0
Pauahi Tower
1003 Bishop Street, Suite 1730
Honolulu, Hawai'i 96813
Tel:  (808) 523-8447
Fax: (808) 523-8448
email:  carl@varadylaw.com

Attorneys for Plaintiff
DALE VAUGHT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| DALE VAUGHT,<br><br>            Plaintiff,<br><br>    vs.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>            Defendant. | Case No. CV 16-00199 DKW-RLP<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND ORDER** |

## STIPULATION FOR DISMISSAL
## OF ENTIRE ACTION WITH PREJUDICE AND ORDER

IT IS HEREBY STIPULATED by and among the parties, Plaintiff DALE VAUGHT and Defendant AETNA LIFE INSURANCE COMPANY, through their respective counsel that that the above-entitled action shall be and the same hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each party shall bear her/its own costs and expenses of litigation.

DATED:    December 20, 2016

/s/ *Carl M. Vardy*
CARL M. VARADY

/s/ *Thornton Davidson*
THORNTON DAVIDSON
Attorneys for Plaintiff
DALE VAUGHT

/s/ *Dianne Winter Brookins*
DIANNE WINTER BROOKINS
JOHN-ANDERSON L. MEYER
MORGAN EARLY
Attorneys for Defendant AETNA
LIFE INSURANCE COMPANY

APPROVED AND SO ORDERED.

DATED:  December 23, 2016 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---
*Dale Vaught v. Aetna Life Insurance Company*; Case No. CV 16-00199 DKW-RLP
*STIPULATION* FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND ORDER